# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

MICHAEL SARIANO, et al.,

      Plaintiffs,

v.                                             CV No. 18-791 JCH/CG

SOLITAIRE MANUFACTURED
HOMES, LLC,

      Defendant.

## ORDER VACATING INITIAL SCHEDULING ORDER
## AND RULE 16 SCHEDULING CONFERENCE

**THIS MATTER** is before the Court upon the parties' *Stipulation of Dismissal*, (Doc. 15), filed September 18, 2018. The parties stated they have agreed to dismiss this matter without prejudice.

**IT IS THEREFORE ORDERED** that the Court's *Initial Scheduling Order*, (Doc. 11), and the Telephonic Rule 16 Scheduling Conference set for September 25, 2018 at 2:30 p.m. are **VACATED.**

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE